**UNITED STATES of America, Appellee**

v.

**Mark–Anthony Elisha ADAMS, Appellant.**

No. 13–3020.

United States Court of Appeals, District of Columbia Circuit.

March 20, 2015.

Peter S. Smith, Elizabeth Trosman, Esquire, USAO Appellate Counsel, U.S. Attorney's Office, Washington, DC, for Appellee.

Joseph Virgilio, Law Offices of Joseph Virgilio, Deborah A. Persico, Deborah A. Persico, PLLC, Washington, DC, for Appellant.

Before: TATEL and MILLETT, Circuit Judges, and GINSBURG, Senior Circuit Judge.

Opinion for the court filed by Senior Circuit Judge GINSBURG.

### *JUDGMENT*

PER CURIAM.

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the appeal be dismissed, in accordance with the opinion of the court filed herein this date.